# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149337(38)

ERIC LAMARR MACON,
    Plaintiff-Appellant,

v

                 SC: 149337
                 COA: 319387
                 Saginaw CC: 00-019048-FC

SAGINAW CIRCUIT COURT JUDGE,
    Defendant-Appellee.
_____/

   On order of the Court, the motion for reconsideration of this Court's October 28, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2015



d0420

             Clerk